In the Matter of the Claim of FRANK YODAKIS against
    ALEXANDER SMITH & SONS CARPET COMPANY,
    Respondent.

STATE INDUSTRIAL COMMISSION, Appellant.

*Workmen's Compensation Law — workman injured while repairing or adjusting machine contrary to orders — when injury does not arise out of and in course of employment.*

*Yodakis* v. *Smith & Sons Carpet Co.*, 193 App. Div. 150, affirmed.
(Argued June 10, 1921; decided January 25, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 9, 1920, reversing an award of the state industrial commission and directing a dismissal of the claim. Claimant was employed as a weaver in a carpet factory

to work upon a loom. About two minutes before the morning whistle blew to begin the day's work, on the day of the accident, he inserted his arm behind the guard upon the machine to place a gritty substance upon the belt to increase friction and thereby the speed of the loom. While thus engaged the moving belt caught the sleeve of his shirt and drew his arm between the belt and pulley with the result that he received a fracture of the arm. The claimant admitted that his act was strictly against orders; that loomfixers and belt-fixers were employed to make all repairs on belts and looms and that if he had been caught doing that which caused the accident he would have been discharged. The Appellate Division held that the accident did not arise out of and in the course of claimant's employment.

*Charles D. Newton*, Attorney-General (*E. C. Aiken* of counsel), for appellant.

*George H. Beckwith* for respondent.

Order affirmed, with costs against the state industrial commission; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN and CRANE, JJ. Dissenting: HOGAN and ANDREWS, JJ.